UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21- 10024 |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | Assault with a Dangerous Weapon<br>18 U.S.C. §§ 113(a)(3) and 1153 |
| CHRISTOPHER J. KEEBLE, | Assault of an Intimate & Dating<br>Partner by Strangulation &<br>Suffocation<br>18 U.S.C. §§ 113(a)(8) and 1153 |
| Defendant. | Domestic Assault by an Habitual<br>Offender<br>18 U.S.C. § 117 |
| | Making a Materially False Statement<br>18 U.S.C. § 1001 |

The Grand Jury charges:

COUNT 1

On or about the 21st day of May, 2021, in Roberts County, in Indian Country, in the District of South Dakota, the Defendant, Christopher J. Keeble, an Indian, did assault Shirley E. Bird with a dangerous weapon, namely, a sharp-edged object, with intent to do bodily harm, in violation of 18 U.S.C. §§ 113(a)(3) and 1153.

COUNT 2

On or about the 21st day of May, 2021, in Roberts County, in Indian Country, in the District of South Dakota, the Defendant, Christopher J. Keeble, an Indian, did assault Shirley E. Bird, an intimate and dating partner, by

strangling, suffocating, and attempting to strangle and suffocate, in violation of 18 U.S.C. §§ 113(a)(8) and 1153.

### COUNT 3

On or about the 21st day of May, 2021, in Roberts County, in Indian Country, in the District of South Dakota, the Defendant, Christopher J. Keeble, did unlawfully commit a domestic assault upon Shirley E. Bird, when at the time of the domestic assault, Christopher J. Keeble had a final conviction on at least two separate prior occasions for offenses that would have been, if subject to federal jurisdiction, an assault against a spouse and intimate partner, to wit: (1) Domestic Abuse in Sisseton-Wahpeton Oyate Tribal Court, Case Number CR-10-303-078 on or about March 1, 2010; (2) Domestic Abuse Sisseton-Wahpeton Oyate Tribal Court, Case Number CR-18-652-254 on or about June 20, 2018, in violation of 18 U.S.C. § 117.

### COUNT 4

On or about the 1st day of June, 2021, in Roberts County, in Indian Country, in the District of South Dakota, the Defendant, Christopher J. Keeble, an Indian, in a matter within the jurisdiction of the Federal Bureau of Investigation, did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations during an interview with an investigating agent, that is, the Defendant made false statements and representations regarding the last time he had been in contact with the victim, in violation of 18 U.S.C. § 1001.

A TRUE BILL:

**Name Redacted**

_____
Foreperson

DENNIS R. HOLMES
Acting United States Attorney

By: _____